

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-14-00044-CR

QUINCY DEWAYNE YARBROUGH, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 242nd District Court
Hale County, Texas
Trial Court No. B19404-1302, Honorable Edward Lee Self, Presiding

April 15, 2014

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Appellant Quincy Dewayne Yarbrough appeals from his conviction for tampering with or fabricating physical evidence.  On April 10, 2014, we received a request from the court reporter requesting an extension of time wherein she stated that appellant had not paid or made arrangements to pay for the record.  Furthermore, on April 11, 2014, we received a request from the trial court clerk requesting an extension of time because appellant has failed to pay or make arrangements to pay for the clerk's record.

Accordingly, we abate this appeal and remand the cause to the 242nd District Court (trial court) for further proceedings. Upon remand, the trial court shall determine the following:

1. whether appellant desires to prosecute the appeal;

2. whether appellant is indigent; and, if so,

3. whether appellant is entitled to a free record, and,

4. if appellant is represented by counsel, whether counsel has been ineffective by failing to pay for or make arrangements to pay for the appellate record.

The trial court is also directed to enter such orders necessary to address the aforementioned questions. So too shall it include its findings on those matters in a supplemental record and cause that record to be filed with this court by May 15, 2014. Should further time be needed to perform these tasks, then same must be requested before May 15, 2014. Furthermore, the court reporter's and trial court clerk's requests for extensions of time are granted, and the records will not be due until further notice from this court.

It is so ordered.

Per Curiam

Do not publish.